**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| REBECCA ROSE,<br><br>                            Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br><br>                            Defendant | Case No.: 3:09-cv-05716-BHS-JRC<br><br>ORDER AMENDING<br>BRIEFING SCHEDULE |

Based upon plaintiff's counsel's declaration and the stipulation of the parties, it is hereby

ORDERED that the briefing schedule is amended to the dates set forth below based upon good cause:

Opening Brief (currently due 2/26/10): new due date –3/5/2010

Responsive Brief (currently due 3/26/10): new due date – 4/2/2010

Reply Brief (currently due by 4/9/10): new due date – 4/16/2010

Oral argument, if desired, shall be requested by 4/23/2010.

Dated this 1st day of March, 2010.

                                                                    *[signature]*
                                                        J. Richard Creatura
                                                        United States Magistrate Judge

ORDER TO AMEND BRIEFING SCHEDULE - 1