IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| REBECCA J. ROSE,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 3:09-CV-5716-BHS-JRC<br><br>ORDER AMENDING THE BRIEFING SCHEDULE |

Based upon the motion by Defendant and with no objection from the Plaintiff, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall file a response to Plaintiff's Opening Brief on or before April 16, 2010;

- Plaintiff shall file the optional Reply Brief on or before April 30, 2010; and

- Oral argument, if desired, shall be requested by May 7, 2010.

DATED this 2nd day of April 2010.

_J. Richard Creatura_
J. Richard Creatura
United States Magistrate Judge

Page 1     ORDER - [3:09-CV-5716-BHS-JRC]