# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| REBECCA J. ROSE,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　　　　　Defendant | Case No.: 3:09-cv-05716-BHS-JRC<br><br>ORDER TO SUPPLEMENT THE RECORD |

## **ORDER**

Based upon plaintiff's counsel's declaration and the stipulation of the parties, it is hereby ORDERED that the record shall be supplemented with the NOTICE OF DISAPPROVED CLAIM.

Dated this 20th day of April, 2010.

_J. Richard Creatura_
J. Richard Creatura
United States Magistrate Judge

ORDER re: Supplementing the Record-page 1