# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

REBECCA J. ROSE,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

Case No. C09-5716BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 25). The Court having considered the Report and Recommendation and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The Report and Recommendation is **ADOPTED**;

(2)     The Administrative Law Judge's decision is **REVERSED**; and

(3)     This matter is **REMANDED** to the Social Security Commissioner for further administrative proceedings in accordance with the Report and Recommendation.

DATED this 9th day of September, 2010.

    BENJAMIN H. SETTLE
    United States District Judge

ORDER