# United States District Court

WESTERN DISTRICT OF WASHINGTON

REBECCA J. ROSE,

              v.

MICHAEL J. ASTRUE,

JUDGMENT IN A CIVIL CASE

Case No. C09-5716BHS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)    The Report and Recommendation is **ADOPTED**;

(2)    The Administrative Law Judge's decision is **REVERSED**; and

(3)    This matter is **REMANDED** to the Social Security Commissioner for further administrative proceedings in accordance with the Report and Recommendation.

| | |
|---|---|
| September 10, 2010 | WILLIAM M. McCOOL |
| Date | Clerk |
| | *s / Mary Trent* |
| | Deputy Clerk |